IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2:17-cv-02740-JWL-GLR |
| vs. | ) ) | |
| U.S. STONE INDUSTRIES, LLC, YARDSCAPES, INC. and EARTHSTONE ENVIRONMENTS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Now, on this 13th day of March, 2018, Plaintiff General Casualty Company of Wisconsin, by and through its undersigned counsel, announces to the Court that the above-matter may be dismissed without prejudice.

BROWN & JAMES, P.C.

By:     *s/Derek H. MacKay*
Derek H. MacKay, Esq.  KS #23213
2345 Grand Boulevard, Ste. 2100
Kansas City, MO 64108
(816) 472-0800 (Telephone)
(816) 421-1183 (Facsimile)
*dmackay@bjpc.com*
ATTORNEY FOR PLAINTIFF GENERAL
CASUALTY COMPANY OF WISCONSIN

2

2