# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| GENERAL CASUUALTY COMPANY OF WISCONSIN, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | No. 17-2740-JWL |
| U.S. STONE INDUSTRIES, LLC, YARDSCAPES, INC., and EARTHSTONE ENIRONMENTS, INC., | ) ) ) ) | |
| Defendants. | | |

## **ORDER OF DISMISSAL**

Pursuant to the Stipulation for Dismissal Without Prejudice (doc. 5) filed by the plaintiff, IT IS ORDERED that this case is dismissed without prejudice.

**IT IS SO ORDERED.**

**Dated this 14th day of March, 2018 at Kansas City, Kansas.**

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE